UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: ANDREA C. BISHOP | ) CHAPTER 13 PROCEEDINGS |
| | ) CASE NO.: 25-40960-TP |
| | ) |
| | ) |
| Debtor(s) | ) TIIARA N.A. PATTON, |
| | ) U. S. Bankruptcy Judge |

## MOTION TO DISMISS

NOW COMES Michael A. Gallo, the Standing Chapter 13 Trustee pursuant to 11 U.S.C. § 1307 (c) and moves the court for dismissal of the within case and for cause states:

1. Debtors case was filed on 08/11/2025 and presently provides for plan payments of $725.00 MONTHLY and a 100.0000 % dividend to unsecured creditors.
2. Debtor is $2,171.01 delinquent in plan payments. Debtors last plan payment was made on September 15, 2026.
3. Debtor has not set forth sufficient cause for failure to make all required plan payments.

WHEREFORE, the Trustee requests that this case be dismissed, together with such other and further relief to which this court deems proper.

DATED: September 17, 2026.

/s/ MICHAEL A. GALLO, TRUSTEE

MICHAEL A. GALLO, TRUSTEE
5048 Belmont Avenue,
Youngstown, OH 44505
Phone: (330) 743-1246

**NOTICE OF HEARING**
**REGARDING MOTION TO DISMISS**

Michael A. Gallo, Standing Chapter 13 Trustee, has filed with the Court the Motion to Dismiss (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion at the hearing, then on or before **October 15, 2026** you or your attorney must:

File with the Court an objection/response at:

United States Bankruptcy Court
Nathaniel R. Jones Federal Building & U.S. Courthouse
10 East Commerce Street
Youngstown, OH 44503-1621

If you mail your objection/response to the Court, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Mail a copy of your objection/response to:
Michael A. Gallo, Trustee
5048 Belmont Avenue
Youngstown, OH 44505

Please take further notice that a hearing on the Motion will be held on **October 22, 2026 at 2:00 p.m.** prevailing Eastern Time (the "Hearing"), or as soon as thereafter as this matter may be heard, before the Honorable Tiiara N.A. Patton. The Hearing will be conducted both (i) in person at the Nathaniel R. Jones Federal Building & U.S. Courthouse, 10 East Commerce Street, Youngstown, Ohio 44503-1621, and (ii) via the Zoom® Video Communications application ("Zoom"). Unless otherwise ordered by the Court, any party who will not be presenting evidence or argument may request to appear virtually via Zoom. Parties must pre-register by emailing Evelyn Ross, Judge Patton's Courtroom Deputy, at PattonZoom_Registration@ohnb.uscourts.gov by no later than 4:00 p.m. three (3) business days prior to the scheduled hearing. The hearing registration email must include the following information: (a) case name and case number; (b) hearing date and time(s); (c) participant's name, address, and telephone number; and (d) name of party/parties whom participant represents.

All participants appearing by Zoom shall comply with *Judge Patton's Procedures for Appearing via Zoom® Video Communications (Effective August 21, 2023)*, which can be found on the Court's website. Persons without video conferencing capabilities must immediately contact Evelyn Ross, Judge Patton's Courtroom Deputy, at (330) 742-0950 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the scheduled hearing date. The hearing may be continued from time to time until completed without further notice except as announced in open court.

Dated: September 17, 2026

/s/ Michael A. Gallo, Trustee
MICHAEL A. GALLO, TRUSTEE

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2026, a true and correct copy of the Trustees Motion to Dismiss and Notice was served:

Via the Courts Electronic Case Filing System on these entities and individuals who are listed on the Courts Electronic Mail Notice List:

ANNETTE RODRIGUEZ
arodriguez@ohiolegalclinic.com

Office of the U.S. Trustee at: (Registered address)@usdoj.gov

And by regular U.S. mail, postage prepaid, on: September 17, 2026

Debtor(s):

ANDREA C. BISHOP
148 TERRACE DRIVE
YOUNGSTOWN, OH 44512
ac.bishop1021@gmail.com

/s/ MICHAEL GALLO, TRUSTEE
MICHAEL A. GALLO, TRUSTEE
5048 Belmont Avenue
Youngstown, OH 44505
(330) 743-1246